UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00311-MO |
| v. | **INFORMATION** |
| **JIANG YU,** | **18 U.S.C. § 2320(a)(1)** |
| **Defendant.** | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Conspiracy to Traffic in Counterfeit Goods)**
**(18 U.S.C. § 2320(a)(1))**

1.      During the course of the conspiracy, "NIOSH" and "3M" were active protected marks registered with the principal office of the U.S. Patent and Trademark.

2.      Beginning on or about May 1, 2020, and ending on or about June 10, 2021, in the District of Oregon and elsewhere, defendant **JIANG YU**, with co-conspirators known and unknown to the Grand Jury, did intentionally traffic and conspire to traffic in goods, specifically N95 type masks, knowingly using a counterfeit mark, namely the spurious marks "NIOSH" and "3M," on and in connection with such goods.

**MANNER AND MEANS OF THE CONSPIRACY**

3.      Defendant and others used the following manner and means, among others, to accomplish the objectives of the conspiracy:

4.      It was part of the conspiracy that defendant and his co-conspirators worked with producers of counterfeit N95 type masks to import those counterfeit products into the United States.

5.      It was part of the conspiracy that defendant and his co-conspirators created fake documents and certificates of authenticity in an attempt to lull and trick purchasers about the nature of their counterfeit products.

6.      It was part of the conspiracy that defendant and his co-conspirators sold the counterfeit masks to various customers throughout the United States.

7.      During the course of the conspiracy, defendant and his co-conspirators obtained at least $2.5 million in sales from counterfeit masks.

In violation of Title 18, United States Code, Section 2320(a)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Information are incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2323(b). Upon conviction of the offense alleged in Count 1 of this Information, defendant **JIANG YU** shall forfeit to the United States of America any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense, and any personal property that was used or intended to be used to commit or to facilitate the commission of such offense, including a sum of money equal to the proceeds derived from or obtained as a result of such offense, including:

- 383,760 counterfeit 3M N95 masks;
- 164,160 EA counterfeit 3M masks;
- 51,120 EA Makrite counterfeit masks;

**Information**                                                                                                                                  **Page 2**

- A 2004 Lamborghini Gallardo, VIN ZHWGU11S84LA00741, its tools and appurtenances;
- A 2012 Mercedes ML350, VIN 4JGDA5HB6CA021110, its tools and appurtenances; and
- $25,913.84 in U.S. currency.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property listed in Count 1 of this Information, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described in these forfeiture allegations.

Dated: October 2, 2023                              Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney